**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BRIA BALANCIER** | * | **CIVIL ACTION NO: 20-1667** |
| **Plaintiff** | * | |
| **VERSUS** | * | **DIVISION:** |
| | * | **JUDGE: WENDY B. VITTER** |
| **MOHAVE TRANSPORTATION INSURANCE COMPANY, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, AND RAGGIE EDWARDS** | * | **SECTION: "D"(2)** |
| | * | **MAGISTRATE: DONNA PHILLIPS CURRAULT** |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**LIST OF ALL PARTIES AND COUNSEL**
**PURSUANT TO 28 U.S.C. § 1447(b)**

**NOW COME**, through undersigned counsel, Defendants, Raggie Edwards, Mohave Transportation Insurance Company, and Swift Transportation Company of Arizona, L.L.C. (collectively "Mohave"), who respectfully submit the following in compliance with the Directive of June 11, 2020 (Rec. Doc. No. 3), upon showing that:

1. On May 21, 2020, Plaintiff, Bria Balancier ("Plaintiff"), filed her Petition for Damages in the Civil District Court for the Parish of Orleans in which she alleges she was injured due to Mohave's negligence *see* Exhibit "A" ("Petition").

2. On June 10, 2020, Defendants removed Plaintiffs' lawsuit on the basis of diversity jurisdiction under 28 U.S.C. §§ 1332, 1441, and 1446 because there is complete diversity of citizenship among the parties and the matter in controversy exceeds $75,000 (*see* Rec. Doc. No. 1);

1500443

3. On June 11, 2020, the Clerk of Court for the Eastern District of Louisiana issued a Directive pursuant to 28 U.S.C. § 1447(b), instructing Swift to file the following within fourteen days:

   a. A list of all parties still remaining in this action;

   b. Copies of all pleadings, including answers, filed by those parties in state court; and,

   c. Copies of the return on service of process on those parties filed in state court (*See* Exhibit B);

4. The following are the only parties remaining in this action and their counsel:

   a. Plaintiff, Bria Balancier, is represented by Darryl M. Breaux, Darryl Breaux and Associates, 4173 Canal Street, New Orleans, LA 70119.

   b. Defendants, Mohave Transportation Insurance Company, and Swift Transportation Company of Arizona, L.L.C., and Raggie Edwards, are represented by Campbell E. Wallace (La. Bar No. 13195) and Timothy P. Robinson (La. Bar No. 37846), Frilot L.L.C. 1100 Poydras Street, Suite 3700, New Orleans, LA 70163-3700.

5. A copy of the entire record of this action from the Civil District Court for the Parish of Orleans is attached hereto as Exhibit "C";

**WHEREFORE**, Defendants prays that the foregoing shall be deemed good and sufficient under 28 U.S.C. § 1447 and fully satisfy the Directive of June 11, 2020 (Rec. Doc. No. 3).

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ Campbell E. Wallace*
CAMPBELL E. WALLACE (Bar No. 13195)
TIMOTHY P. ROBINSON (Bar No. 37846)
1100 Poydras Street, Suite 3700
New Orleans, LA. 70163-3600
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
E-mail: cwallace@frilot.com
E-mail: trobinson@frilot.com
***Attorneys for Defendants, Mohave Transportation Insurance Co., Swift Transportation of Arizona, LLC, and Raggie Edwards***

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2020, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

*/s/ Campbell E. Wallace*

1500443