
FILED MAY 21 2020
CLERK'S OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 2020-3977            DIVISION: 14 SECTION 14

BRIA BALANCIER

VERSUS

MOHAVE TRANSPORTATION INSURANCE COMPANY,
SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC AND RAGGIE EDWARDS

DATE FILED:_____      _____
                                                            DEPUTY CLERK

## **PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, BRIA BALANCIER, a major domiciled in the Parish of St. John the Baptist, State of Louisiana, who respectfully represents the following:

1.

Made Defendants herein are:

A.)    MOHAVE TRANSPORTATION INSURANCE COMPANY, a foreign insurer licensed to do and doing business in the State of Louisiana;

B.)    SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, a foreign corporation licensed to do and doing business in the State of Louisiana;

C.)    RAGGIE EDWARDS, a major domiciled in the County of Rankin, State of Mississippi.

2.

Each of the above Defendants are indebted unto Petitioner, jointly and/or in solido in an amount that is reasonable in the premise, with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings for the following reasons:

3.

On or about June 6, 2019, Petitioner, BRIA BALANCIER, was at a complete stop behind Defendant, RAGGIE EDWARDS on Holiday Drive in the Parish of Orleans, State of Louisiana. Defendant, RAGGIE EDWARDS, began backing his vehicle and did cause the rear of his vehicle to strike the front-end of Petitioner's vehicle.


EXHIBIT A
VERIFIED 5/29/2020

**4.**

Petitioner, BRIA BALANCIER, was involved in this collision while driving a 2017 Nissan Pick-Up Truck bearing Louisiana license number: Y205180.

**5.**

Defendant, RAGGIE EDWARDS, was involved in this collision while driving a 2019 Freightline Semi-Truck bearing Indiana license number: 2555473 and owned by Defendant, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC.

**6.**

The collision was caused by the negligence of Defendant, RAGGIE EDWARDS, in the following particulars:

a) Failing to keep his vehicle under control;

b) Failing to see what he should have seen;

c) Failing to avoid a collision;

d) Improper backing;

e) Careless operation;

f) Any and all other acts of negligence that may appear at the trial of this matter.

**7.**

Defendant, RAGGIE EDWARDS, was in the course and scope of his employment with Defendant, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, at the time of the accident in question.

**8.**

Defendant, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, is therefore directly liable unto Petitioner for her injuries pursuant to the Respondeat Superior doctrine.

**9.**

Defendant, MOHAVE TRANSPORTATION INSURANCE COMPANY, issued a policy of public liability insurance on the 2019 Freightline Semi-Truck bearing Indiana license number 2555473 and owned by Defendant, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, that was in effect at the time of the accident.

**10.**

Defendant, MOHAVE TRANSPORTATION INSURANCE COMPANY, is therefore directly liable unto Petitioner for her injuries.

**11.**

As a result of this collision, Petitioner, BRIA BALANCIER, sustained severe and disabling injuries to her body and mind including, but not limited to, neck, back and knee injuries. She has incurred medical expenses in the past and will continue to incur medical expenses in the future.

**12.**

Petitioner, BRIA BALANCIER, itemizes her damages as follows:

Past and future Pain and suffering
Past and future Mental anguish
Past and future Medical expenses
Loss of enjoyment of life
Lost wages/loss of earning capacity

**13.**

Petitioner, BRIA BALANCIER, seeks damages that are reasonable in the premise.

WHEREFORE, Petitioner, BRIA BALANCIER, prays that the Defendants, MOHAVE TRANSPORTATION INSURANCE COMPANY, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC AND RAGGIE EDWARDS, be duly cited and served with a copy of this petition, be made to appear and answer same, that after due proceedings had, there be judgment herein in favor of Petitioner, BRIA BALANCIER, and against Defendants, MOHAVE TRANSPORTATION INSURANCE COMPANY, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC AND RAGGIE EDWARDS, jointly and in solido, in an amount sufficient to compensate Petitioner for her injuries, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

_____
DARRYL M. BREAUX (1729)
EVAN A. BREAUX (36130)
Darryl Breaux & Associates, APLC
4173 Canal Street
New Orleans, Louisiana 70119
(504) 486-9481   Telephone
(504) 483-2205   Telefax

## *PLEASE SERVE:*

**MOHAVE TRANSPORTATION INSURANCE COMPANY – *VIA LONG-ARM***
*Through its Agent for Service of Process:*
**NATIONAL REGISTERED AGENTS INC.
3800 N. CENTRAL AVE., STE. 460
PHOENIX, AZ 85012**

**SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC – *VIA LONG-ARM***
*Through its Agent for Service of Process:*
**NATIONAL REGISTERED AGENTS INC.
3800 N. CENTRAL AVE., STE. 460
PHOENIX, AZ 85012**

**RAGGIE EDWARDS – *VIA LONG-ARM*
3353 E LISA DR.
PEARL, MS 39208**