ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street, New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977   DIVISION: I   SECTION: 14

**BALANCIER, BRIA**

Versus

**MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL**

## CITATION - LONG ARM

TO: MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL

THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS

3800 N CENTRAL AVE, SUITE 460, PHOENIX, AZ 85012

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this ____ day of _____ served a copy of the within
Petition for Damages
ON MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
Returned the same day
No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____ / ENTERED / _____
PAPER       RETURN
_____ / _____ / _____
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this ____ day of _____ served a copy of the within
Petition for Damages
ON MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL** being absent from the domicile at time of said service.
Returned the same day
_____ No. _____
Deputy Sheriff of _____

EXHIBIT
B

ID: 10462483   Page 1 of 1

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street, New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2020-03977**  **DIVISION: I**  **SECTION: 14**

### BALANCIER, BRIA

### Versus

### MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL

### CITATION - LONG ARM

TO: MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL

THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS

3800 N CENTRAL AVE, SUITE 460, PHOENIX, AZ 85012

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020**

Clerk's Office, Room 402, Civil Courts  
421 Loyola Avenue  
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of  
The Civil District Court  
for the Parish of Orleans  
State of LA  
by _____  
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS<br><br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED / _____<br>PAPER      RETURN<br>____ / ____ / ____<br>SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL** being absent from the domicile at time of said service.<br><br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street, New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977  DIVISION: I  SECTION: 14

**BALANCIER, BRIA**

Versus

**MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL**

## CITATION - LONG ARM

TO: EDWARDS, RAGGIE
THROUGH: THE LOUISIANA LONG ARM STATUTE
3353 E LISA DR, PEARL, MS 39208

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Jefferson, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**
On this _____ day of _____ served a copy of the within
**Petition for Damages**
ON **EDWARDS, RAGGIE**
THROUGH: THE LOUISIANA LONG ARM STATUTE
Returned the same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____ / ENTERED / _____
PAPER         RETURN
_____ / _____ / _____
SERIAL NO.  DEPUTY  PARISH

**DOMICILIARY SERVICE**
On this _____ day of _____ served a copy of the within
**Petition for Damages**
ON **EDWARDS, RAGGIE**
THROUGH: THE LOUISIANA LONG ARM STATUTE
by leaving same at the dwelling house, or usual place of abode, in the hands of a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **EDWARDS, RAGGIE** being absent from the domicile at time of said service.
Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 10462481  Page 1 of 1

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street, New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977     DIVISION: I     SECTION: 14

**BALANCIER, BRIA**

Versus

**MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL**

## CITATION - LONG ARM

TO:     EDWARDS, RAGGIE
THROUGH:     THE LOUISIANA LONG ARM STATUTE
3353 E LISA DR, PEARL, MS 39208

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within **Petition for Damages** ON **EDWARDS, RAGGIE** THROUGH: **THE LOUISIANA LONG ARM STATUTE** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER    RETURN /    / SERIAL NO.    DEPUTY    PARISH | On this ____ day of _____ served a copy of the within **Petition for Damages** ON **EDWARDS, RAGGIE** THROUGH: **THE LOUISIANA LONG ARM STATUTE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **EDWARDS, RAGGIE** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977          DIVISION: I          SECTION: 14

**BALANCIER, BRIA**

Versus

**MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL**

### CITATION - LONG ARM

TO: SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC

THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS

3800 N CENTRAL AVE, SUITE 460, PHOENIX, AZ 85012

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within | On this ____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS | ON SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ Mileage: $ _____ _____ / ENTERED / _____ PAPER     RETURN _____ / _____ / _____ SERIAL NO.  DEPUTY  PARISH | Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street, New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977   DIVISION: I   SECTION: 14

## BALANCIER, BRIA

### Versus

### MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL

### CITATION - LONG ARM

TO: SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
3800 N CENTRAL AVE, SUITE 460, PHOENIX, AZ 85012

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / ___/___/ PAPER  DEPUTY  RETURN SERIAL NO.  PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |