

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 2020 - 3977  DIVISION: I 14

SECTION 14

BRIA BALANCIER

VERSUS

MOHAVE TRANSPORTATION INSURANCE COMPANY,
SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC AND RAGGIE EDWARDS

DATE FILED: _____   _____
                               DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, BRIA BALANCIER, a major domiciled in the Parish of St. John the Baptist, State of Louisiana, who respectfully represents the following:

1.

Made Defendants herein are:

A.) MOHAVE TRANSPORTATION INSURANCE COMPANY, a foreign insurer licensed to do and doing business in the State of Louisiana;

B.) SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, a foreign corporation licensed to do and doing business in the State of Louisiana;

C.) RAGGIE EDWARDS, a major domiciled in the County of Rankin, State of Mississippi.

2.

Each of the above Defendants are indebted unto Petitioner, jointly and/or in solido in an amount that is reasonable in the premise, with legal interest thereon from the date of judicial demand, until paid, and for all costs of these proceedings for the following reasons:

3.

On or about June 6, 2019, Petitioner, BRIA BALANCIER, was at a complete stop behind Defendant, RAGGIE EDWARDS on Holiday Drive in the Parish of Orleans, State of Louisiana. Defendant, RAGGIE EDWARDS, began backing his vehicle and did cause the rear of his vehicle to strike the front-end of Petitioner's vehicle.



**4.**

Petitioner, BRIA BALANCIER, was involved in this collision while driving a 2017 Nissan Pick-Up Truck bearing Louisiana license number: Y205180.

**5.**

Defendant, RAGGIE EDWARDS, was involved in this collision while driving a 2019 Freightline Semi-Truck bearing Indiana license number: 2555473 and owned by Defendant, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC.

**6.**

The collision was caused by the negligence of Defendant, RAGGIE EDWARDS, in the following particulars:

a) Failing to keep his vehicle under control;

b) Failing to see what he should have seen;

c) Failing to avoid a collision;

d) Improper backing;

e) Careless operation;

f) Any and all other acts of negligence that may appear at the trial of this matter.

**7.**

Defendant, RAGGIE EDWARDS, was in the course and scope of his employment with Defendant, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, at the time of the accident in question.

**8.**

Defendant, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, is therefore directly liable unto Petitioner for her injuries pursuant to the Respondeat Superior doctrine.

**9.**

Defendant, MOHAVE TRANSPORTATION INSURANCE COMPANY, issued a policy of public liability insurance on the 2019 Freightline Semi-Truck bearing Indiana license number 2555473 and owned by Defendant, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC, that was in effect at the time of the accident.

**10.**

Defendant, MOHAVE TRANSPORTATION INSURANCE COMPANY, is therefore directly liable unto Petitioner for her injuries.

**11.**

As a result of this collision, Petitioner, BRIA BALANCIER, sustained severe and disabling injuries to her body and mind including, but not limited to, neck, back and knee injuries. She has incurred medical expenses in the past and will continue to incur medical expenses in the future.

**12.**

Petitioner, BRIA BALANCIER, itemizes her damages as follows:

Past and future Pain and suffering
Past and future Mental anguish
Past and future Medical expenses
Loss of enjoyment of life
Lost wages/loss of earning capacity

**13.**

Petitioner, BRIA BALANCIER, seeks damages that are reasonable in the premise.

WHEREFORE, Petitioner, BRIA BALANCIER, prays that the Defendants, MOHAVE TRANSPORTATION INSURANCE COMPANY, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC AND RAGGIE EDWARDS, be duly cited and served with a copy of this petition, be made to appear and answer same, that after due proceedings had, there be judgment herein in favor of Petitioner, BRIA BALANCIER, and against Defendants, MOHAVE TRANSPORTATION INSURANCE COMPANY, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC AND RAGGIE EDWARDS, jointly and in solido, in an amount sufficient to compensate Petitioner for her injuries, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

_____
DARRYL M. BREAUX (1729)
EVAN A. BREAUX (36130)
Darryl Breaux & Associates, APLC
4173 Canal Street
New Orleans, Louisiana 70119
(504) 486-9481     Telephone
(504) 483-2205     Telefax

## *PLEASE SERVE:*

**MOHAVE TRANSPORTATION INSURANCE COMPANY –** *VIA LONG-ARM*
*Through its Agent for Service of Process:*
**NATIONAL REGISTERED AGENTS INC.**
**3800 N. CENTRAL AVE., STE. 460**
**PHOENIX, AZ 85012**

**SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC –** *VIA LONG-ARM*
*Through its Agent for Service of Process:*
**NATIONAL REGISTERED AGENTS INC.**
**3800 N. CENTRAL AVE., STE. 460**
**PHOENIX, AZ 85012**

**RAGGIE EDWARDS –** *VIA LONG-ARM*
**3353 E LISA DR.**
**PEARL, MS 39208**

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street, New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977　　　　DIVISION: I　　　　SECTION: 14

**BALANCIER, BRIA**

Versus

**MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL**

## CITATION - LONG ARM

TO: MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
3800 N CENTRAL AVE, SUITE 460, PHOENIX, AZ 85012

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**
On this _____ day of _____ served a copy of the within
Petition for Damages
ON MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
Returned the same day
No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____ / ENTERED / _____
PAPER　　　　RETURN
_____ / _____ / _____
SERIAL NO.　DEPUTY　PARISH

**DOMICILIARY SERVICE**
On this _____ day of _____ served a copy of the within
Petition for Damages
ON MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL** being absent from the domicile at time of said service.
Returned the same day
No. _____
Deputy Sheriff of _____

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street, New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977  DIVISION: I  SECTION: 14

**BALANCIER, BRIA**

Versus

**MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL**

## CITATION - LONG ARM

TO: MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
3800 N CENTRAL AVE, SUITE 460, PHOENIX, AZ 85012

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON **MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL** THROUGH: **THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____/ ENTERED /_____ PAPER   RETURN ____/____/____ SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON **MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL** THROUGH: **THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street , New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977  DIVISION: I  SECTION: 14

**BALANCIER, BRIA**

Versus

**MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL**

## CITATION - LONG ARM

TO: EDWARDS, RAGGIE

THROUGH: THE LOUISIANA LONG ARM STATUTE

3353 E LISA DR, PEARL , MS 39208

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Jefferson, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within
**Petition for Damages**
ON **EDWARDS, RAGGIE**
THROUGH: **THE LOUISIANA LONG ARM STATUTE**
Returned the same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____ / ENTERED / _____
 PAPER                           RETURN
_____ / _____ / _____
 SERIAL NO.         DEPUTY           PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within
**Petition for Damages**
ON **EDWARDS, RAGGIE**
THROUGH: **THE LOUISIANA LONG ARM STATUTE**
by leaving same at the dwelling house, or usual place of abode, in the hands of a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **EDWARDS, RAGGIE** being absent from the domicile at time of said service.
Returned the same day
_____ No. _____
Deputy Sheriff of _____

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street, New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977  DIVISION: I  SECTION: 14

**BALANCIER, BRIA**

Versus

**MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL**

## CITATION - LONG ARM

TO: EDWARDS, RAGGIE
THROUGH: THE LOUISIANA LONG ARM STATUTE
3353 E LISA DR, PEARL, MS 39208

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of _____ served a copy of the within **Petition for Damages** ON **EDWARDS, RAGGIE** THROUGH: **THE LOUISIANA LONG ARM STATUTE** Returned the same day _____ No. ___ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER  RETURN / / SERIAL NO. DEPUTY PARISH | On this ___ day of _____ served a copy of the within **Petition for Damages** ON **EDWARDS, RAGGIE** THROUGH: **THE LOUISIANA LONG ARM STATUTE** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **EDWARDS, RAGGIE** being absent from the domicile at time of said service. Returned the same day _____ No. ___ Deputy Sheriff of _____ |

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street , New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977  DIVISION: I  SECTION: 14

**BALANCIER, BRIA**

Versus

**MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL**

## CITATION - LONG ARM

TO: SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
3800 N CENTRAL AVE, SUITE 460, PHOENIX, AZ 85012

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF,** I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ served a copy of the within
Petition for Damages
ON SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
Returned the same day
_____ No. _____
Deputy Sheriff of _____
Mileage: $ _____
_____/ ENTERED /_____
PAPER         RETURN
_____/_____/_____
SERIAL NO.   DEPUTY   PARISH

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of the within
Petition for Damages
ON SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC** being absent from the domicile at time of said service.
Returned the same day
_____ No. _____
Deputy Sheriff of _____

ID: 10462482  Page 1 of 1

ATTORNEY'S NAME: Breaux, Darryl M 01729
AND ADDRESS: 4173 Canal Street , New Orleans, LA 70119-5972

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-03977     DIVISION: I     SECTION: 14

### BALANCIER, BRIA

### Versus

### MOHAVE TRANSPORTATION INSURANCE COMPANY ETAL ET AL

### CITATION - LONG ARM

TO: SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC
THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS
3800 N CENTRAL AVE, SUITE 460, PHOENIX, AZ 85012

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 29, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Paige Jefferson, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS<br><br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED /_____<br>_____ / _____ / _____<br>SERIAL NO.     DEPUTY     PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC THROUGH: THE LOUISIANA LONG ARM STATUTE NATIONAL REGISTERED AGENTS by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SWIFT TRANSPORTYATION COMPANY IF ARIZONIA, LLC being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |